UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFRAN ELECTRONICS & DEFENSE SAS, *et al.*,

                Petitioners,

-v-

EXAIL SAS,

                Respondent.

24-CV-2325 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On March 27, 2024, Petitioners filed a petition to vacate an arbitration award. (ECF No. 1.) On April 2, 2024, Petitioners filed a letter requesting the Court grant them leave to serve Respondent through e-mail service. (ECF No. 11.)

Respondent Exail SAS is directed to submit any response to Petitioners' request for alternative service within 7 days of the issuance of this Order.

Petitioners are directed to provide a copy of this Order by e-mail to counsel for Respondent within 24 hours.

SO ORDERED.

Dated: April 4, 2024
      New York, New York

                                                                      J. PAUL OETKEN
                                                                  United States District Judge