**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SAFRAN ELECTRONICS & DEFENSE
SAS, et al.,

                          Petitioners,

        -against-                                   24 **CIVIL** 2325 (JPO)

                                               **JUDGMENT**

EXAIL SAS,

                       Respondent.
------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated January 29, 2025, Respondent's motion to dismiss

the Petition is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

      January 29, 2025


                                  **TAMMI M. HELLWIG**
                                   **Clerk of Court**

                  **BY:**
                         _____
                                   **Deputy Clerk**